*Scott R. Chadwick*, in support of the petition.

*Mark S. Shipman* and *C. Scott Schwefel*, in opposition.

Decided March 30, 2010

## CHASE HOME FINANCE, LLC *v.* GERMANIE FEQUIERE

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 570 (AC 31301), is denied.

*Edward F. Kunin*, in support of the petition.

*S. Bruce Fair*, in opposition.

Decided March 30, 2010

## STATE OF CONNECTICUT *v.* MICHAEL WINTER

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 493 (AC 26896), is denied.

*James A. Welcome* and *Keith Murray*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided April 7, 2010

## STATE OF CONNECTICUT *v.* ANTWON W.

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 180 (AC 28150), is denied.